IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 3:17-CR-350 (TJM) |
| v. | ) **Indictment** | |
| | ) Violation: | 21 U.S.C. §§ 841(c)(2) & 846 [Possession & Attempted Possession of a Listed Chemical Knowing It Will Be Used to Manufacture a Controlled Substance] |
| **TROY CLARK,** | ) 1 Count | |
| Defendant. | ) County of Offense: | Broome |

### THE GRAND JURY CHARGES:

### COUNT 1
**[Possession and Attempted Possession of a Listed Chemical Knowing It Will Be Used to Manufacture a Controlled Substance]**

Between in or about January of 2013 through the present, in Broome County in the Northern District of New York, and elsewhere, the defendant,

**TROY CLARK,**

knowingly possessed and attempted to possess a listed chemical, that is, pseudoephedrine, a list I chemical, knowing that the listed chemical would be used to unlawfully manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(c)(2) & 846.

Dated: November 1, 2017					A TRUE BILL,

							_____
							Grand Jury Foreperson

GRANT C. JAQUITH
Acting United States Attorney

By:	_____
	Miroslav Lovric
	Assistant U.S. Attorney
	Bar Roll No. 301490